IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00609-LTB

JASON SEADER,

    Plaintiff,

v.

SCOTT STOREY,
THOMAS M. JACKSON,
AMY RUPPECK,
JANE DOE, and
JOHN DOE,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 28, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 28 day of March, 2013.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/ S. Grimm
                                         Deputy Clerk